The People of the State of Illinois, defendant in error, v. James Fallon and Joseph Horen, plaintiffs in error. Gen. No. 7,612.

Conviction for violation of Prohibition Act. Error to the County Court of Lake county; the Hon. Perry L. Persons, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed June 3, 1926. Rehearing denied July 5, 1926.

E. V. Orvis, for plaintiffs in error. Ashbel V. Smith, State's Attorney, for defendant in error; Sidney H. Block and Albert L. Hall, of counsel.

Mr. Justice Jett delivered the opinion of the court.

---

Ida Bell, appellee, v. Fred W. MacDonald et al., appellants. Gen. No. 7,632.

Bill for dissolution of partnership and an accounting. Decree for complainant. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed June 19, 1926.

Garrett, Maynard & Fell, for appellants. Hall & Dusher, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Otto B. Bensen, appellee, v. H. W. King, appellant. Gen. No. 7,656.

Forcible entry and detainer. Judgment for plaintiff. Appeal from the Circuit Court of Will county; the Hon. Frederick A. Hill, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed June 19, 1926.

Garnsey, Wood & Lennon, for appellant. Snapp, Heise & Snapp, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

Charles F. Brown, Sr., administrator of the estate of Charles F. Brown, Jr., deceased, appellee, v. Illinois Power & Light Corporation, appellant. Gen. No. 7,636.

Wrongful death. Judgment for plaintiff. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed June 25, 1926. Rehearing denied August 2, 1926.

Hunter, Page & Kavanagh, for appellant. Shurtleff & Niehaus, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

John Severson, appellee, v. The American Insurance Company, appellant. Gen. No. 7,654.

Action upon fire insurance policy. Judgment for plaintiff. Appeal from the Circuit Court of Grundy county; the Hon. G. O. Dietz, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed June 25, 1926.

Donovan, Bray & Gray and Frank L. Flood, for appellant; James A. Bray and James E. Burke, of counsel. Hayes, Munts & Young, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.